IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02270-MEH

DAVID JENSEN,

    Plaintiff,

v.

THOMAS WRIGHT, in his individual and official capacities,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Andrew D. Ringel, Esq. of Hall & Evans, L.L.C., and hereby enters his appearance on behalf of Defendant Thomas Wright.

Dated this 23rd day of August, 2024

Respectfully submitted,

*/s/ Andrew D. Ringel*          .
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO  80202
Phone:  (303) 628-3300
Fax:  (303) 628-3368
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANT**

2

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on this 23rd day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties or counsel registered through CM/ECF.

Katherine J. Stimson, Esq.
stimson@slhlegal.com

                                               */s/ Nicole Marion*
                                               Nicole Marion