IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 24-cv-02270-SKC-NRN

DAVID JENSEN, individually,

    Plaintiff,

v.

THOMAS WRIGHT, individually and in his official capacity,

    Defendant.

---

**JOINT MOTION FOR ORDER FOR PRODUCTION OF UNREDACTED RECORDS**

---

Plaintiff David Jensen and Defendant Thomas Wright, through their counsel, respectfully request that the Court enter an Order for the Basalt Police Department to produce unredacted records to the parties in this case.

Defendant's counsel has been in communications with the Basalt Police Department about obtaining records relevant to this case. The Basalt Police Department has expressed reluctance to produce records that include the unredacted names of the women alleged to have been victims in the underlying criminal case without an Order from this Court.

Having the unredacted records is important in this case. Multiple women accused Nate Gordon of committing sexual offenses against them during massages. Plaintiff alleges Mr. Wright misrepresented the statements of these women and this resulted the District Attorney charging Mr. Jensen. Mr. Wright denies he misrepresented the statements. All

charges against Dr. Jensen were dismissed. Mr. Gordon was acquitted on all counts. If the names of these women are redacted in the records, it will be impossible to determine who said what when – an important piece of the litigation in this case.

The parties are already in receipt of a significant portion of the unredacted records. Dr. Jensen received them in discovery during the criminal case against him that was ultimately dismissed. Dr. Jensen provided those records to Mr. Wright's counsel under Rule 26 of the Federal Rules of Civil Procedure. The records, whether produced by Dr. Jensen or by the Basalt Police Department, are subject to the Protective Order in this case. *See* Doc. 21.

For these reasons, the parties respectfully request that the Court enter an Order requiring Basalt Police Department to produce the requested records, subject to the Protective Order at Doc. 21, without redaction.

DATED: August 5, 2025.

*s/ Carey Bell*
Kate Stimson
Carey Bell
Stimson LaBranche Hubbard, LLC
1652 Downing Street
Denver, Colorado 80218
Ph/Fx: 720-689-8909
stimson@slhlegal.com
bell@slhlegal.com
*Attorneys for Plaintiff*

*s/ John F. Peters*

                                        Andrew D. Ringel, Esq.
                                        John F. Peters, Esq.
                                        Hall & Evans, L.L.C.
                                        1001 17th Street, Suite 300
                                        Denver, Colorado 80202
                                        Tel: (303) 628-3300
                                        Fax: (303) 628-3368
                                        ringela@hallevans.com
                                        petersj@hallevans.com
                                        *Attorneys for Defendant*

**Certificate of Service**

      I certify that the foregoing Joint Motion for Order for Production of Unredacted Records was served on all parties and filed with the Court via PACER ECF on August 5, 2025.

                                          *s/ Hannah Martin*
                                          Hannah Martin