IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02270-SKC-NRN

DAVID JENSEN, individually,

Plaintiff,

v.

THOMAS WRIGHT, individually and in his official capacity,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that the Joint Motion for Order for Production of Unredacted Records (ECF No. 33) is GRANTED. Basalt Police Department is ordered to produce to Plaintiff David Jensen and Defendant Thomas Wright versions of records previously produced in this case which do not contain redactions of victims' names.

Date: August 6, 2025